**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) | **ORDER** |
| Douglas Gary Feist, DOB 9/02/1976 | ) | Case No. 1:07-mj-069 |

The court hereby **GRANTS** the Government's Motion to Seal the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the supporting affidavit, Search Warrant Return, the Government's Motion to Seal.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2007.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Juge